UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYOTE LOGISTICS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KARO KHOJOYAN,<br><br>Defendant.<br><br>RELATED THIRD PARTY ACTION | Case No. 2:17-CV-01663-RHW-FFM<br><br>**JUDGMENT** |

Plaintiff, Coyote Logistics, LLC and Defendant Karo Khojoyan, have stipulated that Plaintiff Coyote Logistics, LLC may have judgment issued in its favor and against Defendant Karo Khojoyan in the sum of $100,000, each party to bear its own costs and attorney's fees. ECF No. 59.

Accordingly, **IT IS HEREBY ORDERED**:

1. Judgment in favor of Coyote Logistic, LLC and against Karo Khojoyan in the sum of one-hundred thousand dollars ($100,000.00); each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 30th day of January, 2018.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

**JUDGMENT** ~ 1